**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-7500**

CLARENCE L. RHODES,

        Petitioner - Appellant,

      v.

BRYAN K. DOBBS, Warden,

        Respondent - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Aiken. Joseph F. Anderson, Jr., Senior District Judge.  (1:20-cv-01725-JFA-SVH)

Submitted:  February 12, 2021            Decided:  February 17, 2021

Before KING and DIAZ, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Clarence L. Rhodes, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clarence L. Rhodes appeals the district court's orders affirming the magistrate judge's order denying his motion for bond pending a decision on his 28 U.S.C. § 2241 petition and denying reconsideration.* We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Rhodes v. Dobbs*, No. 1:20-cv-01725-JFA-SVH (D.S.C. Oct. 2, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

\* We have jurisdiction over this appeal pursuant to the collateral order doctrine. *See Stack v. Boyle*, 342 U.S. 1, 12 (1951); *Pagan v. United States*, 353 F.3d 1343, 1345-46 & n.4 (11th Cir. 2003).